IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ARNULFO NUNEZ-VILLANUEVA,

   Defendant.

CRIMINAL FILE NO.
1:06-CR-529-1-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 162] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 152] as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 152] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 27 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge